IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| JAIME L. NATALI, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 3:12-cv-01281 |
| | ) | JUDGE SHARP |
| WELLS FARGO BANK, NATIONAL | ) | Magistrate Judge Knowles |
| ASSOCIATION; SHIRLEE STEVENS; | ) | |
| AND DOES 1-20, | ) | |
| | ) | |
| Defendants. | ) | |

## DEFENDANTS' MOTION TO DISMISS COMPLAINT

Defendants Wells Fargo Bank, N.A. ("Wells Fargo") and Shirlee Stevens ("Ms. Stevens") (collectively "Defendants"), hereby move the Court for an order dismissing Plaintiff's Complaint for failure to state a claim upon which relief can be granted. For the reasons more fully stated in the Defendants' Memorandum in Support, Plaintiff has made nothing more than generic and conclusory allegations against the Defendants. Her Complaint, therefore, does not set forth facts sufficient to render Plaintiff's claims plausible, as required by *Bell Atlantic Corp. v. Twombly*, 550 U.S. 544, 555 (2007) and *Ashcroft v. Iqbal*, 129 S.Ct. 1937 (2009). Because Plaintiff's Complaint fails to meet the pleading requirements of Rule 8(a)(2) of the Federal Rules of Civil Procedure, the Court should dismiss Plaintiff's claims in their entirety.

Respectfully submitted,


s/ Kenneth A. Weber
Kenneth A. Weber (#015730)
Bradley M. Bakker (#028380)
BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, P.C.
Baker Donelson Center
211 Commerce Street, Suite 800
Nashville, Tennessee 37201
Telephone: (615) 726-5760
Facsimile: (615) 744-5760
Email: kweber@bakerdonelson.com
Email: bbakker@bakerdonelson.com

Attorneys for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of December 2012, a true and correct copy of Defendant's Motion to Dismiss Complaint was filed electronically via ECF, which will provide notice to the following parties:

David Young Parker
714 Russell Street
P.O. Box 190616
Nashville, Tennessee 37219-0616
(615) 242-5463
dyp714@bellsouth.net


        /s/ Kenneth A. Weber
        Kenneth A. Weber

N BMB01 938462 v1
2780973-001778  12/13/2012

Case 3:12-cv-01281   Document 5   Filed 12/14/12   Page 2 of 2 PageID #: 33